IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AORTIC INNOVATIONS LLC, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>EDWARDS LIFESCIENCES CORPORATION, )<br>EDWARDS LIFESCIENCES LLC, AND )<br>EDWARDS LIFESCIENCES (U.S.) INC., )<br>)<br>**Defendants.** ) | C.A. NO. 21-1377 (JPM)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF LODGING

Plaintiff Aortic Innovations LLC attaches its Technology Presentation (Exhibit A) and its Motion to Dismiss Presentation (Exhibit B) that were used during the March 10, 2022 hearing on Defendants' Motion to Dismiss.

Dated: March 10, 2022

John Campbell
jcampbell@mckoolsmith.com
John F. Garvish
jgarvish@mckoolsmith.com
Joel L. Thollander
jthollander@mckoolsmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701

Alan Block
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5999)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

John Yang
jyang@mckoolsmith.com
Casey Shomaker
cshomaker@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF
AORTIC INNOVATIONS, LLC**

1