IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AORTIC INNOVATIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARDS LIFESCIENCES CORPORATION, )<br>EDWARDS LIFESCIENCES LLC and )<br>EDWARDS LIFESCIENCES (U.S.) INC., )<br>)<br>Defendants. ) | C.A. No. 21-1377 (JPM) |

### EDWARDS DEFENDANTS' MOTION STAY PENDING IPRs

Pursuant to the Court's inherent authority to manage and control its docket, Defendants Edwards Lifesciences Corporation, Edwards Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc. (collectively "Edwards" or "Defendants") move for an order staying this action pending the resolution of all of Edwards' pending petitions for *inter partes* review ("IPR") challenging all four patents asserted by Aortic Innovation ("AI") in this case. The grounds for this Motion are set forth in Edwards' Opening Brief and supporting exhibits filed concurrently herewith.

Pursuant to D. Del. LR 7.1.1, counsel for Edwards certifies that Edwards made reasonable efforts to reach agreement with AI regarding this Motion, which included a telephonic meet and confer between the parties' lead and Delaware counsel on April 22, 2022, but that no agreement could be reached.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Anthony D. Raucci* |
| OF COUNSEL: | Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com<br>araucci@morrisnichols.com |
| John B. Sganga, Jr.<br>Craig S. Summers<br>Christy G. Lea<br>Joshua J. Stowell<br>Brian C. Barnes<br>KNOBBE MARTENS<br>2040 Main St., 14 Fl.<br>Irvine, CA 92614<br>(949) 760-0404 | |
| | *Attorneys for Defendants* |
| Brian C. Horne<br>KNOBBE MARTENS<br>1925 Century Park East, Suite 600<br>Los Angeles, CA  90067<br>(310) 551-3450 | |

April 26, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AORTIC INNOVATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1377 (JPM) |
| | ) |
| EDWARDS LIFESCIENCES CORPORATION, | ) |
| EDWARDS LIFESCIENCES LLC and | ) |
| EDWARDS LIFESCIENCES (U.S.) INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING EDWARDS DEFENDANTS'
MOTION TO STAY PENDING IPRs**

The Court, having considered Defendants Edwards Lifesciences Corporation, Edwards Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc.'s Motion to Stay Pending IPRs, and all briefing related thereto, and good cause being shown therefore,

IT IS HEREBY ORDERED, this _____ day of _____, 2022, that the Motion to Stay is <u>GRANTED</u>.

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 26, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Adam W. Poff, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John Campbell, Esquire<br>John F. Garvish, Esquire<br>Joel L. Thollander, Esquire<br>Geoffrey L. Smith, Esquire<br>Caroline E. Burks, Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado, Suite 2100<br>Austin, TX 78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alan P. Block, Esquire<br>MCKOOL SMITH, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John Yang, Esquire<br>Casey L. Shomaker, Esquire<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)