IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AORTIC INNOVATIONS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, AND EDWARDS LIFESCIENCES (U.S.) INC., | ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:21-cv-1377-JPM

**ORDER GRANTING JOINT STIPULATION OF NON-INFRINGEMENT**

Before the Court is the parties' Joint Stipulation and [Proposed] Final Judgment of Non-Infringement, filed on October 6, 2023.  (ECF No. 141.)  The Court, being duly advised, finds that:

1. The Stay of the instant action relating to the U.S. Patent Nos. 10,966,846, 10,911,538, and the 10,987,236 is **LIFTED**;

2. A final and appealable Judgment of non-infringement of U.S. Patent Nos. 10,881,538, 10,966,846, 10,987,236, and 11,129,735 is entered, and Aortic Innovation LLC's ("Aortic") complaint and infringement claims against all Defendants are **DISMISSED WITH PREJUDICE**;

3. Defendants' counterclaims are **DISMISSED WITHOUT PREJUDICE** as moot;

4. Defendants' right to file a motion to declare this an exceptional case under 35 U.S.C. § 285 and to award attorneys' fees and costs, or to file any other motion for attorneys' fees and/or costs is preserved as outlined in the Final Judgment. (ECF No. 143.)

**IT IS SO ORDERED**, this 10th day of October, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE